# EXHIBIT E

FEB.21.2002   10:49AM    LEGAL/GEN. COUNSEL                                    NO.018    P.3

```
CLAIM OFFICE ADDRESS:                          Liberty Mutual.         CHECK NUMBER:      ISSUE DATE:
100 LIBERTY WAY                                                        80161889           02/12/200
DOVER, NH 03820
CONTACT: STAFFORD, M                    ACCIDENT DATE:                 CLAIM NUMBER:
PHONE: 603-749-2600   EXT 2129          05/03/1975                     P 033-131807-01
INSURED NAME:                                                          POLICY NUMBER:
USM CORPORATION                                                        LG1612004059215240
CLAIMANT NAME:                                                         INSURED OPERATOR:
VARIOUS, (ADAMS BILLY)
```

| COV TYPES | SERVICE PROVIDER | FROM - THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| PRBI | BLACK | 01/30/2002 | 47565.60 | | 47565.60 |

```
PAYMENT SENT TO:                                      SUB TOTAL 1       47565.60
BLACK & DECKER CORP                                   DEDUCTIBLE            0.00
                                                      SUB TOTAL 2       47565.60
                                                      WITHHOLDING TAX       0.00
                                                      CHECK AMOUNT      47565.60
```

COVERAGE TYPES
PRBI: PRODUCTS/COMPLETED OP -BI


ADJUSTMENT CODE NOTES



EOP NOTES
DEFENSE COSTS THRU 1/30/2002 FOR ARKANSAS HEARING LOSS LITIGATION MATTER.



"80161889"  :011900445:         67589"

FEB.21.2002  10:52AM    LEGAL/GEN. COUNSEL                         NO.018    P.7

**Liberty Mutual.**

CLAIM OFFICE ADDRESS:
100 LIBERTY WAY
DOVER, NH 03820
CONTACT: O'NEIL, O
PHONE: 603-749-2600    EXT 2240

CHECK NUMBER: 80161891
ISSUE DATE: 02/12/2002
ACCIDENT DATE: 07/01/1978
CLAIM NUMBER: P 033-138105-01

INSURED NAME:
BLACK & DECKER

POLICY NUMBER:
LG1131010406158240

CLAIMANT NAME:
SHADDOX, HENRY LEE

INSURED OPERATOR:

| COV TYPES | SERVICE PROVIDER | FROM – THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| OPBI | BLAC | 01/30/2002 | 481831.88 | | 481831.88 |

PAYMENT SENT TO:
BLACK & DECKER (US) INC

SUB TOTAL 1    481831.88
DEDUCTIBLE           0.00
SUB TOTAL 2    481831.88
WITHHOLDING TAX      0.00
CHECK AMOUNT   481831.88

COVERAGE TYPES

OPBI: OPERATIONS - BI

ADJUSTMENT CODE NOTES

EOP NOTES
DEFENSE COSTS THRU 1/30/2002 FOR MISSISSIPPI HEARING LOSS LITIGATION MATTER.



"80161891"  :011900445:    67589"

FEB.21.2002  10:50AM   LEGAL/GEN. COUNSEL                              NO.018   P.4

**Liberty Mutual.**

CLAIM OFFICE ADDRESS:
100 LIBERTY WAY
DOVER, NH 03820
CONTACT: RAMIREZ, N
PHONE: 603-749-2600  EXT 2133

CHECK NUMBER: 80161888
ISSUE DATE: 02/12/200

ACCIDENT DATE: 06/30/1979
CLAIM NUMBER: P 033-650910-01

INSURED NAME:
BLACK & DECKER MANUFACTURING C

POLICY NUMBER:
LG1131010406158240

CLAIMANT NAME:
ANDERSON, JESSE

INSURED OPERATOR:

| COV TYPES | SERVICE PROVIDER | FROM – THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| PRBI | BLACK | 01/30/2002 | 144204.00 | | 144204.00 |

PAYMENT SENT TO:
BLACK & DECKER CORP

SUB TOTAL 1     144204.00
DEDUCTIBLE           0.00
SUB TOTAL 2     144204.00
WITHHOLDING TAX      0.00
CHECK AMOUNT    144204.00

COVERAGE TYPES
PRBI: PRODUCTS/COMPLETED OP -BI

ADJUSTMENT CODE NOTES

EQP NOTES
DEFENSE COSTS THRU 1/30/2002 FOR THE MS HAND ARM VIBRATION LITIGATION MATTER.



"80161888"  :011900445:       67589"