# EXHIBIT H

## MISSISSIPPI HAND/ARM VIBRATION DEFENSE COSTS
### (Invoices through 11/26/1999)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Miles & Stockbridge | 08/25/93 | SUPP 1-01361 | $ 1,137.50 | $ - | $ 1,137.50 |
| Miles & Stockbridge | 11/29/93 | SUPP 1-01364 | $ 928.00 | $ 499.80 | $ 1,427.80 |
| Miles & Stockbridge | 12/16/93 | SUPP 1-01368 | $ 302.50 | $ 264.48 | $ 566.98 |
| Forman Perry Watkins & Krutz | 01/18/94 | 87-101 | $ 668.50 | $ - | $ 668.50 |
| Miles & Stockbridge | 01/31/94 | SUPP 1-01372 | $ 1,419.50 | $ 2,975.71 | $ 4,395.21 |
| Miles & Stockbridge | 02/23/94 | SUPP 1-01357 | $ 2,210.50 | $ 19.06 | $ 2,229.56 |
| Miles & Stockbridge | 03/28/94 | SUPP 1-01352 | $ 470.00 | $ 0.60 | $ 470.60 |
| Miles & Stockbridge | 04/26/94 | SUPP 1-01348 | $ 2,230.00 | $ 59.52 | $ 2,289.52 |
| Miles & Stockbridge | 05/01/94 | SUPP 1-01305 | $ 12,137.00 | $ 357.85 | $ 12,494.85 |
| Miles & Stockbridge | 05/24/94 | SUPP 1-01344 | $ 774.00 | $ 76.66 | $ 850.66 |
| Miles & Stockbridge | 06/23/94 | SUPP 1-01340 | $ 452.50 | $ 4.66 | $ 457.16 |
| Miles & Stockbridge | 07/28/94 | SUPP 1-01336 | $ 1,162.00 | $ 8.00 | $ 1,170.00 |
| Miles & Stockbridge | 08/24/94 | SUPP 1-01332 | $ 1,408.50 | $ 181.50 | $ 1,590.00 |
| Miles & Stockbridge | 10/03/94 | SUPP 1-01328 | $ 1,413.50 | $ 797.95 | $ 2,211.45 |
| Miles & Stockbridge | 10/26/94 | SUPP 1-01324 | $ 1,899.50 | $ 11.86 | $ 1,911.36 |
| Miles & Stockbridge | 11/25/94 | SUPP 1-01321 | $ 4,060.00 | $ 2,124.22 | $ 6,184.22 |
| Miles & Stockbridge | 12/21/94 | SUPP 1-01318 | $ 1,258.00 | $ 5.60 | $ 1,263.60 |
| Miles & Stockbridge | 02/13/95 | SUPP 1-01315 | $ 258.50 | $ 33.90 | $ 292.40 |
| Forman Perry Watkins & Krutz | 02/17/95 | 87-102 | $ 2,289.50 | $ - | $ 2,289.50 |

Page 1 of 5

## MISSISSIPPI HAND/ARM VIBRATION DEFENSE COSTS
### (Invoices through 11/26/1999)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Miles & Stockbridge | 03/03/95 | SUPP 1-01311 | $ 4,324.00 | $ 814.00 | $ 5,138.00 |
| Forman Perry Watkins & Krutz | 03/16/95 | 87-103 | $ 1,500.00 | $ 658.00 | $ 2,158.00 |
| Miles & Stockbridge | 03/28/95 | SUPP 1-01308 | $ 2,893.00 | $ 6.00 | $ 2,899.00 |
| Forman Perry Watkins & Krutz | 04/20/95 | 87-104 | $ 255.00 | $ 27.75 | $ 282.75 |
| Miles & Stockbridge | 05/01/99 | SUPP 1-01305 | $ 12,137.00 | $ 357.85 | $ 12,494.85 |
| Forman Perry Watkins & Krutz | 05/15/95 | 87-105 | $ 165.00 | $ - | $ 165.00 |
| Miles & Stockbridge | 05/25/95 | SUPP 1-01301 | $ 7,398.00 | $ 23.20 | $ 7,421.20 |
| Forman Perry Watkins & Krutz | 06/27/95 | 87-106 | $ 255.00 | $ 3.66 | $ 258.66 |
| Miles & Stockbridge | 07/10/95 | SUPP 1-01297 | $ 13,707.00 | $ 1,433.22 | $ 15,140.22 |
| Miles & Stockbridge | 07/24/95 | SUPP 1-01293 | $ 8,849.00 | $ 1,387.66 | $ 10,236.66 |
| Forman Perry Watkins & Krutz | 08/02/95 | 87-107 | $ 45.00 | $ 6.32 | $ 51.32 |
| Miles & Stockbridge | 09/01/95 | SUPP 1-01289 | $ 5,193.50 | $ 37.16 | $ 5,230.66 |
| Miles & Stockbridge | 09/25/95 | SUPP 1-01284 | $ 14,039.00 | $ 4,220.30 | $ 18,259.30 |
| Forman Perry Watkins & Krutz | 10/16/95 | 87-108 | $ 4,715.00 | $ 1,489.81 | $ 6,204.81 |
| Miles & Stockbridge | 10/24/95 | SUPP 1-01279 | $ 17,099.50 | $ 942.96 | $ 18,042.46 |
| Miles & Stockbridge | 11/15/95 | SUPP 1-01276 | $ 603.50 | $ 558.79 | $ 1,162.29 |
| Miles & Stockbridge | 12/21/95 | SUPP 1-01272 | $ 1,970.50 | $ 2,544.13 | $ 4,514.63 |
| Miles & Stockbridge | 01/22/96 | SUPP 1-01269 | $ 267.00 | $ 4,012.03 | $ 4,279.03 |
| Forman Perry Watkins & Krutz | 01/31/96 | 87-110 | $ 1,137.50 | $ 1.50 | $ 1,139.00 |

MISSISSIPPI HAND/ARM VIBRATION DEFENSE COSTS
(Invoices through 11/26/1999)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Forman Perry Watkins & Krutz | 03/04/96 | 87-111 | $ 1,432.50 | $ 889.03 | $ 2,321.53 |
| Miles & Stockbridge | 03/06/96 | SUPP 1-01266 | $ 460.00 | $ 51.00 | $ 511.00 |
| Miles & Stockbridge | 03/29/96 | SUPP 1-01257 | $ 647.00 | $ - | $ 647.00 |
| Miles & Stockbridge | 03/29/96 | SUPP 1-01263 | $ 666.00 | $ 1.60 | $ 667.60 |
| Forman Perry Watkins & Krutz | 05/16/96 | 87-112 | $ 1,040.00 | $ - | $ 1,040.00 |
| Forman Perry Watkins & Krutz | 06/26/96 | 87-113 | $ 850.00 | $ 304.86 | $ 1,154.86 |
| Miles & Stockbridge | 07/09/96 | SUPP 1-01253 | $ 4,379.50 | $ 797.74 | $ 5,177.24 |
| Forman Perry Watkins & Krutz | 07/19/96 | 87-115 | $ 6,059.50 | $ 1,031.69 | $ 7,091.19 |
| Miles & Stockbridge | 07/25/96 | SUPP 1-01249 | $ 12,193.50 | $ 473.04 | $ 12,666.54 |
| Forman Perry Watkins & Krutz | 08/29/96 | 87-117 | $ 6,987.00 | $ 114.49 | $ 7,101.49 |
| Miles & Stockbridge | 08/29/96 | SUPP 1-01245 | $ 8,114.00 | $ 381.73 | $ 8,495.73 |
| Miles & Stockbridge | 09/23/96 | SUPP 1-01241 | $ 1,536.50 | $ 982.43 | $ 2,518.93 |
| Forman Perry Watkins & Krutz | 09/26/96 | 87-119 | $ 2,814.00 | $ 1,244.68 | $ 4,058.68 |
| Miles & Stockbridge | 10/21/96 | SUPP 1-01238 | $ 952.00 | $ 20.38 | $ 972.38 |
| Miles & Stockbridge | 11/14/96 | SUPP 1-01234 | $ 5,322.00 | $ 172.75 | $ 5,494.75 |
| Forman Perry Watkins & Krutz | 12/02/96 | 87-121 | $ 3,174.50 | $ 148.16 | $ 3,322.66 |
| Miles & Stockbridge | 12/26/96 | SUPP 1-01230 | $ 4,373.50 | $ 286.17 | $ 4,659.67 |
| Miles & Stockbridge | 01/27/97 | 87-135 | $ 2,497.00 | $ 426.63 | $ 2,923.63 |
| Forman Perry Watkins & Krutz | 02/21/97 | 87-123 | $ 5,115.50 | $ 882.84 | $ 5,998.34 |

**MISSISSIPPI HAND/ARM VIBRATION DEFENSE COSTS**
(Invoices through 11/26/1999)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Miles & Stockbridge | 02/24/97 | 87-139 | $ 3,081.50 | $ 908.29 | $ 3,989.79 |
| Forman Perry Watkins & Krutz | 03/25/97 | 87-125 | $ 327.50 | $ 25.83 | $ 353.33 |
| Miles & Stockbridge | 03/31/97 | 87-143 | $ 6,179.00 | $ 615.06 | $ 6,794.06 |
| Miles & Stockbridge | 04/21/97 | 87-147 | $ 7,189.00 | $ 5,641.72 | $ 12,830.72 |
| Forman Perry Watkins & Krutz | 04/30/97 | 87-126 | $ 4,674.00 | $ 10.82 | $ 4,684.82 |
| Miles & Stockbridge | 05/28/97 | 87-152 | $ 23,434.00 | $ 1,612.87 | $ 25,046.87 |
| Miles & Stockbridge | 06/26/97 | 87-157 | $ 8,509.50 | $ 856.00 | $ 9,365.50 |
| Forman Perry Watkins & Krutz | 07/08/97 | 87-128 | $ 5,270.50 | $ 1,012.36 | $ 6,282.86 |
| Miles & Stockbridge | 08/13/97 | 87-162 | $ 11,216.00 | $ 1,368.15 | $ 12,584.15 |
| Forman Perry Watkins & Krutz | 08/19/97 | 87-133 | $ 352.50 | $ 53.28 | $ 405.78 |
| Miles & Stockbridge | 08/28/97 | 87-167 | $ 11,135.50 | $ 333.20 | $ 11,468.70 |
| Forman Perry Watkins & Krutz | 09/18/97 | 87-132 | $ 219.00 | $ 36.62 | $ 255.62 |
| Miles & Stockbridge | 09/26/97 | 87-172 | $ 9,824.00 | $ 960.67 | $ 10,784.67 |
| Forman Perry Watkins & Krutz | 10/16/97 | 87-130 | $ 4,195.50 | $ 870.56 | $ 5,066.06 |
| Miles & Stockbridge | 10/28/97 | 87-176 | $ 8,508.50 | $ 1,101.54 | $ 9,610.04 |
| Miles & Stockbridge | 11/17/97 | 87-185 | $ 5,816.50 | $ 1,201.95 | $ 7,018.45 |
| Miles & Stockbridge | 12/29/97 | 87-181 | $ 1,988.50 | $ 573.21 | $ 2,561.71 |
| Miles & Stockbridge | 01/20/98 | SUPP 2-01541 | $ 2,327.50 | $ 353.55 | $ 2,681.05 |
| Forman Perry Watkins & Krutz | 01/24/98 | SUPP 2-01575 | $ 2,412.50 | $ 81.38 | $ 2,625.39 |

## MISSISSIPPI HAND/ARM VIBRATION DEFENSE COSTS
### (Invoices through 11/26/1999)

| Billing Firm | Invoice Date | Production Number | Fees | Expenses | Total |
|---|---|---|---|---|---|
| Forman Perry Watkins & Krutz | 02/19/98 | SUPP 2-01579 | $ 214.50 | $ 477.84 | $ 692.34 |
| Miles & Stockbridge | 02/27/98 | SUPP 2-01544 | $ 5,098.50 | $ 216.39 | $ 5,314.89 |
| Miles & Stockbridge | 03/31/98 | SUPP 2-01548 | $ 37.50 | $ - | $ 37.50 |
| Miles & Stockbridge | 03/31/98 | SUPP 2-01551 | $ 2,562.50 | $ 338.32 | $ 2,900.82 |
| Forman Perry Watkins & Krutz | 04/15/98 | SUPP 2-01577 | $ 873.50 | $ 501.09 | $ 1,374.59 |
| Miles & Stockbridge | 04/21/98 | SUPP 2-01554 | $ 1,566.00 | $ 91.68 | $ 1,657.68 |
| Miles & Stockbridge | 05/27/98 | SUPP 2-01558 | $ 150.00 | $ 7.54 | $ 157.54 |
| Miles & Stockbridge | 07/07/98 | SUPP 2-01561 | $ 7.50 | $ 175.04 | $ 182.54 |
| Miles & Stockbridge | 07/28/98 | SUPP 2-01564 | $ 1,441.50 | $ - | $ 1,441.50 |
| Miles & Stockbridge | 11/17/98 | SUPP 2-01567 | $ 210.00 | $ 41.00 | $ 251.00 |
| Miles & Stockbridge | 03/23/99 | SUPP 2-01570 | $ 30.00 | $ - | $ 30.00 |
| Miles & Stockbridge | 11/26/99 | SUPP 2-01572 | $ 292.50 | $ - | $ 292.50 |

TOTAL: $ 384,544.40
PAYMENT  February 12, 2002  $ (144,204.00)
BALANCE DUE: $ 240,340.40

Page 5 of 5