# EXHIBIT I

# EXHIBIT I

Schlemmer
DEPOSITION
EXHIBIT
4/26/01

```
PAGE 01                          CHECK LIST (CK)                SPEC CLM SERV N
INSD BLACK & DECKER           DOL 07/01/1978 CLAIM NO P 033-138105-01 REG
CLMT SHADDOX, HENRY LEE                      CLAIM STATUS O
                                                      Cashed    Blio
SV    CH/EFT      PAYEE         PYMT      ISSUE   T/C PR  RV  R/R    ID   Index
NO    NO                        AMT       DATE    ST  ST  ST  ST
004   03644258    ESIS INC      66912.96  02/22/1994  3-08-94  00 16272 C001C57 9407001
003   03135430    ESIS          59305.05  07/30/1993  8-10-93  00 11015 C001D27 9322501
002   02827227    ESIS INC      31996.03  04/02/1993  4-12-93  00 06581 C001D27 9315401
```

```
SKIP TO DATE
                              ENTER   SV NO     AND :
SP      CMSP      R+C    CMR+C        STATUS    STOP PRINT    DISPLAY    CORR MENU
R/R ST MESSAGE

SCREEN            SUFFIX                        REMARKS Y
                                                                         ID C033B75
```

| CHECK NUMBER | OFFICE NO. | | B CODE | 5-39/110 |
|---|---|---|---|---|
| 02827227 | 585 | LIBERTY MUTUAL | 280 | |

Liberty Mutual
Insurance Group/Boston
PAYMENT IDENTIFICATION

| DATE OF CHECK | |
|---|---|
| 04/02/93 | P 585-015539-01 |

PAY ▶ $31996.03**

VOID IF NOT PRESENTED WITHIN
6 MONTHS OF DATE OF CHECK

PAY TO THE
ORDER OF

ESIS INC
SUITE 400 PO BOX 18
COLUMBIA, MD 21045

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

EJ Williams

NOT VALID IN EXCESS OF $150,000

⑆02827227⑆ ⑆011000390⑆ 100 5288⑆89    ⑆00031996803⑆

| CHECK NUMBER | OFFICE NO. | | B CODE | 5-39/110 |
|---|---|---|---|---|
| 02778534 | 311 | LIBERTY MUTUAL | 280 | |

PAY ▶ $469.63**



NOT VALID IN EXCESS OF $150,000

"03116808"  :011000390::100  5288"89           "00000486690"

| CHECK NUMBER | OFFICE NO | LIBERTY MUTUAL | B CODE | 5-39/110 |
| 05735430 | 585 | Liberty Mutual Insurance Group/Boston | 280 | |

| DATE OF CHECK | PAYMENT IDENTIFICATION |
| 07/30/93 | P 585-015539-01 |

PAY ▶ $59305.05**

VOID IF NOT PRESENTED WITHIN 6 MONTHS OF DATE OF CHECK

PAY TO THE ORDER OF

ESIS
701 EAST JOPPA RD.
TW 277 P.O. BOX 6702
TOWSEN, MD 21285

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

EJ Williams

NOT VALID IN EXCESS OF $150,000

"03135430"  :011000390::100  5288"89           "0005930505"

P.O. BOX 1525
DOVER, NH 03820-1525
ATTN: DISBURSEMENTS

LIBERTY MUTUAL

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

5-39/110



ORDER OF ITT HARTFORD AS SUBROGEE FOR
200 N MADISON ST - 9TH FLOOR
CHICAGO, IL 60660-6

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

⑆03655390⑆ ⑈011000390⑈ 100 5288⑆89    ⑆0000327263⑆

503 AC 566 25

**LIBERTY MUTUAL**
Liberty Mutual
Insurance Group/Boston

CHECK NUMBER: 03644258
OFFICE NO: 033
B. CODE: 280
5-39/110

DATE OF CHECK: 02/22/94   P 033-138105-01

PAY ▶ $66912.96**

VOID IF NOT PRESENTED WITHIN 6 MONTHS OF DATE OF CHECK

PAY TO THE ORDER OF:
ESIS INC
701 EAST JOPPA ROAD TW 277
PO BOX 6702
TOWSON, MD 21285-6702

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

⑆03644258⑆ ⑈011000390⑈ 100 5288⑆89    ⑆0006691296⑆

**LIBERTY MUTUAL**
Liberty Mutual
Insurance Group/Boston

CHECK NUMBER: 03670061
OFFICE NO: 535
B. CODE: 280
5-39/110

PAY ▶ $109.05**

