# EXHIBIT M

LAW OFFICES

# MILES & STOCKBRIDGE

10 LIGHT STREET
BALTIMORE, MARYLAND 21202

300 ACADEMY STREET
CAMBRIDGE, MARYLAND 21613

101 BAY STREET
EASTON, MARYLAND 21601

600 WASHINGTON AVENUE
TOWSON, MARYLAND 21204

TELEPHONE 410-821-6565
FAX 410-823-6123

11350 RANDOM HILLS ROAD
FAIRFAX, VIRGINIA 22030

30 WEST PATRICK STREET
FREDERICK, MARYLAND 21701

22 WEST JEFFERSON STREET
ROCKVILLE, MARYLAND 20850

1450 G STREET, N.W.
WASHINGTON, D.C. 20005

RICHARD P. KIDWELL
410-823-8344

August 6, 1992

Ms. Linda McCroddan
Senior Claim Representative
ESIS - CIGNA
P.O. Box 18
Columbia, Maryland  21045-0018

RE: Mississippi Hearing Loss Litigation

Dear Linda:

Thanks for your August 5 letter and the revised Cost Sharing Agreement. We are still negotiating with Liberty Mutual about the 1964-1970 period. That should not prevent us from meeting and attempting to work out an arrangement.

The meeting would have to take place on September 10 because the Oversight Committee is scheduled to meet on September 16 in New Orleans.

Please let me know if everyone can attend on September 10.

Please let me know if you have sent a copy of this Agreement to Liberty Mutual, Twin City, and the attorney for London. You should also be aware of continuing problems with the solvency of some of the London companies.

Sincerely,

Richard P. Kidwell

RPK/amf

cc: H. Jean Montague