# EXHIBIT R

*Exhibit #4*
*Shlem 41*

**RECEIVED** AUG 1 2 1992

## MENDES & MOUNT

TELEX: 620392, 620332
CABLE: MENMOUNT
TELECOPY: (212) 951-2246

THREE PARK AVENUE
NEW YORK, NY 10016-5902
(212) 951-2200

725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017
(213) 955-7700
TELEX: 6831520, 6831521
CABLE: MNDMT
TELECOPY: (213) 955-7725

DIRECT DIAL: 951-
2253

August 10, 1992

Ms. Linda McCroddan
Senior Claim Representative
ESIS, Inc.
10440 Little Patuxent Parkway
Post Office Box 18
Columbia, Maryland 21045-0018

    RE:  Excess Policy Nos: UKL0951 & UNA0250
         Policy Periods: Annually, July 1, 1978 - July 30, 1984
         Excess Policy No.:  58535
         Policy Periods: Annually, July 1, 1984 - September 30, 1986
         Insured  :  Black & Decker Corporation
         Claimants:  Various - Mississippi Hearing Loss Claims
         Exposure Periods:  Various "1939 to present"
         Nature of Claims:  Alleged Hearing Loss due to Prolonged
                   Exposure to Tool Noise by Employees of Ingalls
                         Shipbuilding (Pascagoula, Mississippi)
         Our File :  333,422

Dear Ms. McCroddan:

     This will acknowledge    your letter of August 5, 1992, with
proposed "Interim Cost Sharing Agreement" with regard to the captioned
Mississippi Hearing Loss Litigation.

     Notwithstanding that your reference in the proposed Interim Cost
Sharing Agreement to "London Market Insurers" without reference to the
specific excess policies to which they subscribe on a several, propor-
tionate basis is overly broad and therefore inappropriate, we are unable
to take any action with respect to your August 5 letter and the proposed
agreement other than to forward a copy of same "To Underwriters at
Interest" for distribution through Price Forbes and Alexander Howden.

     You were sent a copy of our August 6, 1992 letter addressed to
Mr. Michael D. Margiotta to which was attached a copy of our June 8,
1992 letter to Ms. Evelyn W. Marcin of Black & Decker regarding the
insolvency of various insurance companies whose collective shares make
up a substantial portion of the total participation in the captioned
excess policies issued to Black & Decker through Price Forbes or
Alexander Howden.  These insolvencies create a significant shortfall in
the coverage available under said policies.

006-1543

ATTORNEY CLIENT\
ATTORNEY WORK
PRODUCT PRIVILEGED
AND CONFIDENTIAL

Our File:  333,422                    -2-


As indicated in our correspondence of June 8 to Mr. Margiotta, the function of Mendes & Mount as representatives of Black & Decker's excess insurers subscribing the captioned policies has been curtailed considerably as a result of the insolvencies; and we anticipate complete cessation of our representative services shortly.  As such, we will be unable to attend any meeting on this matter.

While it is perhaps, premature,to delete our firm from the list of addressees insofar as future correspondence on the captioned matter, we do request that you delete our name from the notice provision of the cost sharing agreement.  Presumably if you continue to send correspondence to Alexander & Alexander said broker will ensure that it is forwarded to the remaining solvent excess insurers.

Thank you for your cooperation and understanding.

Very truly yours,

MENDES & MOUNT

Edward M. Manganiello

cc:  Mr. M. Clayton Roop, Jr.          cc:  Mr. Charles B. Ortel, Director
     Director of Insurance                  Product Liability Management
     Black & Decker (U.S.), Inc.            Black & Decker (U.S.), Inc,

cc:  Ms. M. Jean Montague              cc:  Richard P. Kidwell, Esq.
     Senior Claims Administrator            Miles & Stockbridge
     Black & Decker (U.S.), Inc.

                                       cc:  Mr. Alan D. Schlemmer
cc:  Mr. Michael D. Margiotta               Claims Examiner, Special Claims
     Senior Claims Consultant               Liberty Mutual Insurance Company
     Alexander & Alexander Inc.

                                       cc:  Ms. Jeannie Mathis
cc:  Mr. Robert Pantano                     Twin City Fire Insurance Company
     Home Insurance Company                 Hartford Insurance Group

cc:  To Underwriters at Interest      cc:  To Underwriters at Interest
     c/o Alexander Howden Ltd.             c/o Price Forbes Ltd.
     Attn:  Mr. Michael Brown              Non-Marine Division
                                           Attn:  Mr. Geoff Harden


006-1544