# EXHIBIT V

Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson, Maryland 21286
410 716 3900 Mail Stop TW177
Telex 87-930
Direct Dial:    410-716-2835
FAX:            410-716-2379



# BLACK&DECKER®

February 16, 1994

Ms. Ginny Chaplin
Claims Supervisor
Liberty Mutual Insurance Company
226 Schilling Circle
Hunt Valley, MD  21031

          Re:    **Mississippi Vibration Cases**
                 **B&D File No.:        L-1311-P**

Dear Ms. Chaplin:

          Please be advised that Black & Decker was served on August 30, 1993 with a Complaint filed in Jackson County, Mississippi, brought by 718 Plaintiffs in a case in which the Plaintiffs allege they had sustained hand-arm vibration syndrome while working in a ship yard.  Plaintiffs further allege that their vibration injuries were caused by their use of tools, including those manufactured by Black & Decker.

          The Complaint states that the injuries occurred over a period of time from 1936 to the present.  Therefore, we are placing you on notice and ask that you communicate with us about coordinating the defense of this case with Black & Decker's other insurance carriers.

          We have retained the services of three attorneys in Mississippi who are already representing various defendants there and we have entered into a joint counsel agreement with them.

          The attorneys are as follows:

          J. Price Coleman, Esquire
          Daniel, Coker, Horton & Bell
          111 Capitol Building, Suite 600
          Jackson, MS   39205

          Thomas W. Tardy, Esquire
          Thomas, Price, Alston, Jones & Davis
          121 N. State Street
          P. O. Drawer 1532
          Jackson, MS   39215-1532

XXVII-072

CONFIDENTIAL
INFORMATION
MISC4-3371

**Re: Mississippi Vibration Cases**
**Page Two**
**February 16, 1994**

> **Fred Krutz, Esquire**
> **Forman, Harry, Watkins, Krutz**
> **P. O. Box 22608**
> **1 Jackson Place**
> **12th Floor**
> **188 E. Capitol Street**
> **Jackson, MS  39225**

The attorneys have been informed of the service date and have filed an appropriate response for Black & Decker. In the meantime, we ask that you communicate with us so that we can coordinate the administration of this case.

> Sincerely,

> **M. Jean Montague**
> **Senior Claims Administrator**

**MJM/pmd**
**Enclosure**

CONFIDENTIAL
INFORMATION
MISC4-3372

XXVII-073