# EXHIBIT Z

LAW OFFICES
MILES & STOCKBRIDGE
10 LIGHT STREET
BALTIMORE, MARYLAND 21202

TELEPHONE 410-727-6464

Page 1

Date 8/25/93
BDA .000383-LBS

Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson MD 21286

FEI#52-0531184

Re: Vibration Claims--General

---

FOR PROFESSIONAL SERVICES RENDERED July 1, 1993 through July 31, 1993:

| | |
|---|---|
| Total Fees | $1137.50 |
| TOTAL THIS INVOICE | $1137.50 |

Please return a copy of this invoice with your remittance. Thank you.

BILLER: Bowen, Lowell R.
RESPONSIBLE: Campbell, Glenn C.
ORIGINATOR: Campbell, Glenn C.
REQUESTED BY: HERRMANN

Miles & Stockbridge
BILLING MEMORANDUM, WORK IN-PROCESS
PERIOD 0/00/00 - 7/31/93

PAGE 36 TA182
DATE 8/25/93
TIME 14.53.38
MATTER PAGE 1

BDA .000088
Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson - MD 21286
Corporate

RE: Vibration Claims--General

DATE OPENED 6/15/93 BILL MONTHLY

FOR PROFESSIONAL SERVICES RENDERED July 1, 1993 through July 31, 1993:

F E E S

| Date | TKPR | | Description | HOURS | AMOUNT | H | RATE | PAGELN | FNC | ACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/07/93 | 0925 | JPS | Review Complaint; telephone call with Coleman regarding same. | .60 | 156.00 | | 260.00 | 3631747 | | |
| 7/08/93 | 0925 | JPS | Review complaint; telephone call with Jim O'Brien; telephone call with Coleman regarding same, analysis of plaintiffs. | .90 | 234.00 | | 260.00 | 3640048 | | ...... |
| 7/09/93 | 0925 | JPS | Conference with O'Brien, Gately, Duvall, Campbell regarding status. | 1.20 | 312.00 | | 260.00 | 3640050 | | ...... |
| 7/12/93 | 0925 | JPS | Telephone calls with Coleman regarding articles; conference with Lockwood regarding document search. | .90 | 234.00 | | 260.00 | 3640064 | | ...... |
| 7/14/93 | 0760 | GCD | Review J. Sweeney materials and enclosures | .40 | 80.00 | | 200.00 | 3641779 | | ...... |
| 7/28/93 | 0925 | JPS | Review new vibration articles; telephone call with McCunney regarding same. | 1.10 | 286.00 | | 260.00 | 3676559 | | ...... |
| | | | | 5.10 | 1302.00 | * | 7/93 | | | |
| | | | TOTAL-FEES | 5.10 | 1302.00 | | | | | |

E X P E N S E S

BILLING INSTRUCTIONS

| LAST TIME ENTRY | NAME | UNBILLED HOURS | UNBILLED AMOUNT | TKPR | BILL THRU DATE | PRIMARY CD C/H/W/K/O | AMOUNT | F E | D P H | REMAINDER DISPOSITION W/BLANK | INVOICE DATE MMDDYY | INV # | MULTI-MATTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/17/93 | Sweeney, John P. | 4.70 | 1222.00 | 0925 | 7/28/93 | .. | ...... | F | D | .. | ...... | ...... | .. |
| 8/23/93 | Duvall, G. C. | .40 | 80.00 | 0760 | 7/14/93 | .. | ...... | F | D | .. | ...... | ...... | .. |
| | | ....... | .......... | .... | 7/28/93 | .. | ...... | F | D | .. | ...... | ...... | .. |
| | | ....... | .......... | .... | 7/28/93 | .. | ...... | F | D | .. | ...... | ...... | .. |
| TOTAL BILLABLE FEES | | 5.10 | 1302.00 | | 7/28/93 | .. | ...... | F | D | .. | ...... | ...... | .. |

CONFIDENTIAL INFORMATIO
SUPP 1-01362

BILLER: Bowen, Lowell R.

Miles & Stockbridge

BDA .000088
Black & Decker (U.S.) Inc.

RE: Vibration Claims--General

PAGE 37 TA182
DATE 8/25/93
TIME 14.53.38
MATTER PAGE 2

BILLING INSTRUCTIONS

| GROUP CODE | DESCRIPTION | UNBILLED AMOUNT | FNC | BILL THRU DATE | PRIMARY CD C/M/ W/R/O | AMOUNT | F E | D P H | REMAINDER DISPOSITION H/BLANK | INVOICE DATE MMDDYY | INV # | MULTI-MATTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ********** | **** | 0/00/00 | ** | ****** | E | D | ** | ****** | ****** | ** |
| | | ********** | **** | 0/00/00 | ** | ****** | E | D | ** | ****** | ****** | ** |
| | TOTAL BILLABLE EXPENSES | .00 | | 0/00/00 | ** | ****** | E | D | ** | ****** | ****** | ** |

TOTAL BILLABLE AMOUNT 1302.00

MEMORANDUM: FEES BEYOND CUTOFF HOURS .20 AMOUNT 52.00 LAST ENTRY 8/03/93
EXPENSES BEYOND CUTOFF AMOUNT 5.00 LAST ENTRY 8/02/93

TRUST ACCOUNTS

INVOICE SUMMARIES

ACCOUNTS RECEIVABLE AGING FOR- 8/25/93

MATTER STATISTICS

| | YEAR TO DATE | LIFE TO DATE |
|---|---|---|
| HOURS RELIEVED | .00 | .00 |
| FEES RELIEVED | .00 | .00 |
| FEES BILLED | .00 | .00 |
| FEES WRITTEN UP/DOWN | .00 | .00 |
| FEES UNCONFIRMED | .00 | .00 |
| HOURS UNBILLED | | 5.10 |
| FEES UNBILLED | | 1302.00 |
| TOTAL COLLECTIONS | .00 | .00 |

| | YEAR TO DATE | LIFE TO DATE |
|---|---|---|
| EXPENSES RELIEVED | .00 | .00 |
| EXPENSES BILLED | .00 | .00 |
| EXPENSES WRITTEN UP/DOWN | .00 | .00 |
| EXPENSES UNCONFIRMED | .00 | .00 |
| EXPENSES UNBILLED | | .00 |
| TOTAL UNBILLED | | 1302.00 |

CONFIDENTIAL INFORMATION
SUPP 1-01363

Forman, Perry, Watkins & Krutz
A Professional Association
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600
TAX ID: 64-0926144

JAN. 18, 1994

BLACK & DECKER (U.S.), INC.
701 E. JOPPA ROAD
TOWSON, MARYLAND 21204

PAGE 1

40498 41220

MATTER: HAND ARM VIBRATION SYNDROME

INVOICE FOR SERVICES THROUGH 12/31/93:

| Date | Description | Atty | Hours |
|---|---|---|---|
| 10/25/93 | FHK - REVIEW AND CONSIDER KLEISMET'S DRAFT OF JOINT DEFENSE AGREEMENT; TO TARDY | FHK | .4 |
| 11/17/93 | JDM - LETTER RE: NUMBER OF PLAINTIFFS | JDM | .1 |
| 11/23/93 | LLD - UPDATE PLAINTIFFS INFORMATION ON COMPUTER REGARDING PLAINTIFFS ON HAND-ARM VIBRATION CASE; PREPARE AND PRINT REPORT SHOWING ALL VIBRATION PLAINTIFFS WHO HAVE HEARING LOSS CASES | LLD | 1.0 |
| 11/24/93 | LLD - PREPARE LIST OF FP TOOLS AT INGALLS PER YEAR; PREPARE REPORTS OF EACH GROUP OF HEARING LOSS PLAINTIFF'S EMPLOYMENT DATES; MEETING TO DISCUSS VIBRATION PLAINTIFFS | LLD | .5 |
| 11/24/93 | LLD - UPDATE VIBRATION PLAINTIFF'S FILES | LLD | .5 |
| 11/24/93 | FHK - REVIEW PLAINTIFFS' MOTION TO AMEND, BRIEF, AND DISCOVERY REQUESTS; LETTER TO SWEENEY | FHK | 1.0 |
| 11/29/93 | FHK - REVIEW/CONSIDER MOTION AND BRIEF TO AMEND HL COMPLAINT TO ASSERT HAVS CLAIMS | FHK | .5 |
| 11/29/93 | LLD - UPDATE PLAINTIFFS' FILES; PREPARE REPORT WITH INFORMATION FROM HEARING LOSS CASES | LLD | 2.0 |
| 11/30/93 | LLD - PREPARE REPORTS AND DOCUMENTS REFERRING TO PLAINTIFFS WITH HEARING LOSS CASES | LLD | 2.0 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| LLD | LESLEY L. DENNIS | 6.0 | 65.00 | 390.00 |
| FHK | FRED KRUTZ III | 1.9 | 140.00 | 266.00 |
| JDM | JANET MCMURTRAY | .1 | 125.00 | 12.50 |

| | |
|---|---|
| TOTAL FEE | 668.50 |
| TOTAL THIS INVOICE | 668.50 |
| BALANCE NOW DUE | 668.50 |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 668.50 | .00 | .00 | .00 | .00 |

LXXXVII-101 CONFIDENTIAL INFORMATION

rman, Perry, Watkins & K z
A Professional Limited Liability Company
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600

TAX ID: 64-0853477

BLACK & DECKER (U.S.), INC.
701 E. JOPPA ROAD
TOWSON, MARYLAND 21204

APR 15, 1998

PAGE 1

40458 41220

MATTER: HAND ARM VIBRATION SYNDROME

INVOICE FOR SERVICES THROUGH 3/31/98:

| Date | Description | | |
|---|---|---|---|
| 1/14/98 | FHK - TC JULIE LAWSON | FHK | .5 |
| 1/15/98 | FHK - TC JOHN SWEENEY | FHK | .5 |
| 1/16/98 | FHK - TC JOHN SWEENEY | FHK | .3 |
| 3/02/98 | FHK - PREPARE FOR MEETING IN BALTIMORE; T/C SWEENEY | FHK | 2.2 |
| 3/04/98 | FHK - EXTENDED T/C PAUL MINOR RE: STATUS OF SETTLEMENT OF OTHER DEFENDANTS AND GETTING US OUT; T/C SWEENEY | FHK | 1.4 |
| 3/31/98 | NST - T/C CINDY FREY IN JOHN SWEENEY'S OFFICE RE: EXPERT DOCUMENTS NEEDED (.2); PREPARE DOCUMENTS REQUESTED VIA FED EX (.3) | NST | 1.0 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| FHK | FRED KRUTZ III | 4.9 | 165.00 | 808.50 |
| NST | NOYLE S. TURNAGE | 1.0 | 65.00 | 65.00 |

TOTAL FEE 873.50

EXPENSES:

| | | |
|---|---|---|
| 1/23/98 | CHECK # 53385 DISBURSED TO CHOICE COPY SERVICE RE: PHOTOCOPIES | 449.88 |
| | LONG DISTANCE | 51.21 |

TOTAL EXPENSE 501.09

TOTAL THIS INVOICE 1,374.59

| | |
|---|---|
| BALANCE FORWARD | 692.34 |
| ADJUSTMENT 4/08/98 | 692.34C |
| BALANCE NOW DUE | 1,374.59 |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 1,374.59 | .00 | .00 | .00 | .00 |



CONFIDENTIAL INFORMATION

[F]orman, Perry, Watkins & K[ru]tz
A Professional Limited Liability Company
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600
TAX ID: 64-0353477

CHUBB & SON, INC.

APR 15, 1998
PAGE 1
43077 41719

MATTER: MISSOURI PACIFIC

INVOICE FOR SERVICES THROUGH 3/31/98:

| | | |
|---|---|---|
| 3/13/97 FHK - T/C MARK KINZIE | FHK | .1 |
| 2/11/98 FHK - T/C MARK KINZIE | FHK | .2 |
| 3/04/98 FHK - REVIEW OUR BRIEF ON ALLOCATION | FHK | .5 |

| | | HOURS | RATE | FEE |
|---|---|---|---|---|
| FHK | FRED KRUTZ III | .8 | 150.00 | 120.00 |

TOTAL FEE 120.00

TOTAL THIS INVOICE 120.00

BALANCE NOW DUE 120.00

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 120.00 | .00 | .00 | .00 | .00 |

SUPP 2 - 1578

CONFIDENTIAL INFORMATION



LAW OFFICES
MILES & STOCKBRIDGE P.C.
10 LIGHT STREET
BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464

Page 1

Date 11/26/99
ZBPPT .000501-LRB

The Black & Decker Corporation
701 East Joppa Road
Baltimore MD 21286

FEI#52-1852131

Re: Mississippi Vibration Cases

---

FOR PROFESSIONAL SERVICES RENDERED October 1, 1999 through October 31, 1999:

| | |
|---|---|
| Total Fees | $292.50 |
| TOTAL THIS INVOICE | $292.50 |

Please return a copy of this invoice with your remittance. Thank you.

 CONFIDENTIAL INFORMATION

BILLER: Bowen, Lowell R.
RESPONSIBLE: Cattaneo, Robert M.
ORIGINATOR: Cattaneo, Robert M.
REQUESTED BY: HERRMANN

Miles & Stockbridge P.C.
BILLING MEMORANDUM, WORK-IN-PROCESS
PERIOD 10/01/99 - 10/31/99

PAGE 157 TA182
DATE 11/26/99
TIME 13.30.48
MATTER PAGE 1

REPORT .000501
Black & Decker Corporation
West Joppa Road
Baltimore MD 21286

RE: Mississippi Vibration Cases

RATE CODE-E

DATE OPENED 12/29/94 BILL MONTHLY
INVOICE FORMAT BD - BLACK & DECKER

FOR PROFESSIONAL SERVICES RENDERED October 1, 1999 through October 31, 1999:

---F E E S---

| | HOURS | AMOUNT H | RATE | PAGELN | FNC | ACTION |
|---|---|---|---|---|---|---|
| TOTAL THROUGH 9/30/99 | .00 | .00 | | | | |
| 10/25/99 0925 JPS Telephone call w/J. Hovermill regarding vibration dismissal status. | .30 | 97.50 | 325.00 | 7188568 | | ...... |
| 10/28/99 0925 JPS Telephone calls w/Mr. O'Brien, Mr. Krutz regarding status of vibration cases dismissal. | .60 | 195.00 | 325.00 | 7188583 | | ...... |
| | .90 | 292.50 * | 10/99 | | | |
| TOTAL FEES | .90 | 292.50 | | | | |

---E X P E N S E S---

| | AMOUNT H | PAGELN | FNC | ACTION |
|---|---|---|---|---|
| TOTAL THROUGH 9/30/99 | .00 | | | |
| TOTAL EXPENSES | .00 | | | |

---BILLING INSTRUCTIONS---

| LAST TIME ENTRY | NAME | UNBILLED HOURS | UNBILLED AMOUNT | TKPR | BILL THRU DATE | PRIMARY CD C/M/ W/R/O | AMOUNT | F E | D P H | REMAINDER DISPOSITION W/BLANK | INVOICE DATE MMDDYY | INV # | MULTI-MATTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -/99 | Sweeney, John P. | .90 | 292.50 | 0925 | 10/28/99 | .. | ...... | F | D | .. | ...... | ...... | .. |
| | | ...... | .......... | .... | 10/28/99 | .. | ...... | F | D | .. | ...... | ...... | .. |
| | | ...... | .......... | .... | 10/28/99 | .. | ...... | F | D | .. | ...... | ...... | .. |
| TOTAL BILLABLE FEES | | .90 | 292.50 | | 10/28/99 | .. | ...... | F | D | .. | ...... | ...... | .. |

| GROUP CODE | DESCRIPTION | UNBILLED AMOUNT | FNC | BILL THRU DATE | PRIMARY CD C/M/ W/R/O | AMOUNT | F E | D P H | REMAINDER DISPOSITION W/BLANK | INVOICE DATE MMDDYY | INV # | MULTI-MATTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | .......... | .... | 0/00/00 | .. | ...... | E | D | .. | ...... | ...... | .. |
| | | .......... | .... | 0/00/00 | .. | ...... | E | D | .. | ...... | ...... | .. |
| TOTAL BILLABLE EXPENSES | | .00 | | 0/00/00 | .. | ...... | E | D | .. | ...... | ...... | .. |

TOTAL BILLABLE AMOUNT 292.50

MEMORANDUM: FEES BEYOND CUTOFF HOURS .60 AMOUNT 195.00 LAST ENTRY 11/03/99
EXPENSES BEYOND CUTOFF AMOUNT .27 LAST ENTRY 11/05/99

---TRUST ACCOUNTS---



CONFIDENTIAL INFORMATION

BILLER: Bowen, Lowell R. Miles & Stockbridge P.C. PAGE 158 TA182
DATE 11/26/99
ZBPPT .000501 RE: Mississippi Vibration Cases TIME 13.30.48
The Black & Decker Corporation MATTER PAGE 2

-----INVOICE SUMMARIES-----

| Ir | LAST RECEIPT DATE | INVOICE NUMBER | HOURS | FEES INVOICED | EXPENSES INVOICED | TOTAL INVOICED | SERVICE CHARGES | RECEIPTS | ADJUSTMENTS /WRITE-OFFS | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/28/99 | 5/28/99 | 367602 | .70 | 168.00 | 23.40 | 191.40 | .00 | 191.40- | .00 | .00 |
| 11/23/98 | 11/24/98 | 357126 | 2.80 | 523.00 | 649.71 | 1172.71 | .00 | 1172.71- | .00 | .00 |
| 7/30/98 | 7/30/98 | 350700 | 86.80 | 15142.00 | 1755.73 | 16897.73 | .00 | 16897.73- | .00 | .00 |
| 11/25/97 | 11/25/97 | 335936 | 350.50 | 46500.50 | 4965.51 | 51466.01 | .00 | 51466.01- | .00 | .00 |
| 7/07/97 | 7/08/97 | 326319 | 294.30 | 55263.50 | 10346.74 | 65610.24 | .00 | 65610.24- | .00 | .00 |
| 11/29/96 | 11/30/96 | 312925 | 134.80 | 28118.00 | 2030.33 | 30148.33 | .00 | 30148.33- | .00 | .00 |
| 10/29/96 | 10/30/96 | 310463 | .00 | .00 | 2634.54 | 2634.54 | .00 | 2634.54- | .00 | .00 |
| 7/31/96 | 7/30/96 | 306005 | 31.50 | 6767.00 | 852.54 | 7619.54 | .00 | 7619.54- | .00 | .00 |
| 1/22/96 | 2/26/96 | 295661 | 1.50 | 267.00 | 4012.03 | 4279.03 | .00 | 4279.03- | .00 | .00 |
| 12/21/95 | 2/23/96 | 294161 | 11.80 | 1970.50 | 2544.13 | 4514.63 | .00 | 4514.63- | .00 | .00 |
| 11/15/95 | 12/22/95 | 292343 | 2.50 | 603.50 | 558.79 | 1162.29 | .00 | 1162.29- | .00 | .00 |
| 10/24/95 | 12/22/95 | 291198 | 98.10 | 17099.50 | 942.96 | 18042.46 | .00 | 18042.46- | .00 | .00 |
| 9/25/95 | 10/20/95 | 289410 | 106.40 | 14039.00 | 4220.30 | 18259.30 | .00 | 18259.30- | .00 | .00 |

-----ACCOUNTS RECEIVABLE AGING FOR-11/26/99-----

-----MATTER STATISTICS-----

| | YEAR TO DATE | LIFE TO DATE | | YEAR TO DATE | LIFE TO DATE |
|---|---|---|---|---|---|
| HOURS RELIEVED | .70 | 1570.00 | | | |
| FEES RELIEVED | 168.00 | 263834.50 | EXPENSES RELIEVED | 23.40 | 48483.92 |
| FEES BILLED | 168.00 | 262407.50 | EXPENSES BILLED | 23.40 | 46659.32 |
| FEES WRITTEN UP/DOWN | .00 | 1427.00- | EXPENSES WRITTEN UP/DOWN | .00 | 1824.60- |
| FEES UNCONFIRMED | .00 | .00 | EXPENSES UNCONFIRMED | .00 | .00 |
| HOURS UNBILLED | | .90 | | | |
| FEES UNBILLED | | 292.50 | EXPENSES UNBILLED | | .00 |
| TOTAL COLLECTIONS | 191.40- | 309066.82- | TOTAL UNBILLED | | 292.50 |



CONFIDENTIAL INFORMATION